FIDELITY UNION TRUST COMPANY, AS TRUSTEE, ETC., PLAINTIFF-APPELLANT, v. ARTHUR PHILLIPS, JR., ET AL., DEFENDANTS-RESPONDENTS.

Argued February 6, 1950—Decided February 14, 1950.

*Mr. Theodore McC. Marsh* argued the cause for the appellant (*Messrs. Riker, Emery & Danzig,* attorneys).

*Mr. Herbert H. Hannoch* argued the cause for the respondent (*Messrs. Hannoch & Lasser* and *Messrs. Bilder, Bilder & Kaufman,* attorneys).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Freund in the Court below, reported at 5 *N. J. Super.* 529.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, BURLING and ACKERSON—6.

*For reversal*—None.